



**MEMO ENDORSED**

LAW OFFICES OF

## Jorge Guttlein & Associates

291 Broadway, Suite 1500
New York, N.Y. 10007

212 608-7575          FAX: 212 385 0231

December 19, 2007

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08
```

Re: <u>United States v. Dismaris Castro</u>
    07 cr 452

Dear Judge Cote:

Upon consultation with Pre-Trial Services in Florida, and no opposition by the government, and as per the conference in the above-captioned matter on December 14, 2007, we respectfully request that Ms. Castro's pre-trial supervision be amended to remove the condition of regular drug testing.

We thank the Court for considering our request.

Very truly yours,
Jorge Guttlein & Associates

Granted.
*[signed]* Denise Cote
Jan. 4, 2008

By: *[signed]* Jorge Guttlein
    Jorge Guttlein, Esq.

JG/ec

Cc:
    Arlow Davlin Brown, Esq.
    Assistant United States Attorney
    One St. Andrews Plaza
    New York, New York 10007

    Nathan Dodson
    Pre-Trial Services Officer
    301 Federal Building
    500 Zack Street
    Tampa, Florida 33602

    Dina Naftaliev
    Pre-Trial Services Officer
    500 Pearl Street, Room 233
    New York, New York 10007

    Dismaris Castro
    11315 Summer Court, Apt C
    Tampa, Florida 33612-0000