


LAW OFFICES OF

# Jorge Guttlein & Associates

291 Broadway, Suite 1500
New York, N.Y. 10007

Tel: 212 608-3188   Fax: 212 385-0231

March 17, 2008

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Dismaris Castro</u>
07 cr 452

Dear Judge Cote:

    We are aware that the Court has scheduled March 28, 2008 for the filing of defense motions, with the government's response due on April 11, 2008. The government has provided discovery, but we were recently made aware by the government of information, which impact advisability of filing motions in the instant case.

    Accordingly, we respectfully request a two week extension to properly prepare this case and discuss the issues with our client, who as the Court is aware is in an advanced stage of pregnancy and lives in Tampa, Florida.

    The government consents to our request and requests the same amount of time to respond to motions.

*[Handwritten endorsement: Defense motions are due April 11; opposition is due April 25.
Denise Cote
March 17, 2008]*

Respectfully,
Jorge Guttlein & Associates

By: *[signature]*
Jorge Guttlein, Esq.

JG/ec

Cc:
    Arlow Davlin Brown, Esq.
    Assistant United States Attorney
    One St. Andrews Plaza
    New York, New York 10007