

LAW OFFICES OF

# *Jorge Guttlein & Associates*

291 Broadway, Suite 1500
New York, N.Y. 10007

Tel: 212 608-3188            Fax: 212 385-0231

April 10, 2008

Honorable Denise L. Cote
United States District Judge
United States Courthouse            **MEMO ENDORSED**
500 Pearl Street
New York, New York 10007

<u>Re: **United States v. Dismaris Castro**</u><br>
07-cr-00452

Dear Judge Cote:

Regrettably, we write this letter to request one further extension of time to file our pre-trial motions. This is necessitated once again by the condition of our client. Due to continued problems with her pregnancy, she has been prohibited from flying to visit us at our offices and help us complete motions.

Accordingly, we respectfully request a further ten day extension until April 21, 2008 and request that the government receive a similar extension of time for the response.

The government consents to our request.
We thank the court for considering our request.

Respectfully,<br>
Jorge Guttlein & Associates<br>
By: /s/ Jorge Guttlein<br>
Jorge Guttlein, Esq.

JG/ki
Cc:

Arlow Davlin Brown, Esq.
Assistant United States Attorney
One St. Andrews Plaza
New York, New York 10007

*Granted. The Government's response is due May 5.*

*/s/ Denise Cote*
*April 15, 2008*