UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-                                        **AFFIRMATION OF**
                                                    **JORGE GUTTLEIN, ESQ.**

DISMARIS CASTRO

                                                    07 Cr. 452

                      Defendant.
------------------------------------------------------------X

      I, Jorge Guttlein, Esq. affirm under penalty of perjury as follows upon information and belief:

      I am counsel for the defendant Dismaris Castro (hereinafter the "defendant") and I make this affirmation in further support of defendant Dismaris Castro's omnibus motion and other relief:

      1. Attached hereto when received as *Exhibit A* will be a true copy of the indictment filed herein.

      2. Attached hereto as *Exhibit B* is a true copy of the government's discovery letter provided pursuant to *FRCP 16* dated January 25, 2008.

      3. Attached hereto as *Exhibit C* is a true copy of the defendant's discovery letter December 18, 2007.


Dated:  New York, New York
          April 18, 2008

                                                _____/s/_____
                                                     Jorge Guttlein, Esq.