UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

          -v-                                                      **AFFIDAVIT OF**
                                                                   **DISMARIS CASTRO**

DISMARIS CASTRO

                                                                         07 Cr. 452

                              Defendant.
------------------------------------------------------------X

I, DISMARIS CASTRO, being duly sworn, dispose and say:

    1. I am the defendant in the above-captioned action and I make this affidavit in further support of my motion to suppress and other relief.

    2. I have reviewed the discovery provided by the government with my counsel.

    3. I have particularly reviewed the post-arrest statements attributed to me in the DEA reports stamped 12-13 (attached hereto as ***Exhibit D***).

    4. I was interrogated while being transported in a vehicle to the US Marshal's Services after they arrested me in my home. At no time prior to questioning was I ever given oral and/or written *Miranda* warnings.

                                                                         _____
                                                                         Dismaris Castro

Sworn to before me this April   , 2008

_____
Notary Public