UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA

   -v-                                              **CERTIFICATE OF SERVICE**

**DISMARIS CASTRO**                               07-cr-452

        *Defendant.*

------------------------------------------------X

| | |
|---|---|
| State of New York | ) |
| Southern District of New York | : |
| County of New York | ) |

    I, E. Cruz, being duly sworn, deposes and says:

    I am not a party to this action, I am over eighteen (18) years of age, and

    On April 18, 2008 I caused to be served the within motion and letter to the following names at the last known addresses set forth after the name.

Arlo Devlin-Brown, Esq.
Assistant United States Attorney
One St. Andrews Plaza
New York, New York 10007

Clerk of the Court
United States Courthouse
500 Pearl Street
New York, New York 10007

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                                                        _____
                                                                E. Cruz

Sworn to before me this April 18, 2008

_____
Notary

                                        **KHALEEL ISMAIL**
                             **NOTARY PUBLIC STATE OF NEW YORK**
                                     **NO. 02IS6169388**
                         **QUALIFIED IN NEW YORK COUNTY**
                     **COMMISSION EXPIRES 06 / 25 / 2011**