```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

            -v-                                    AFFIDAVIT OF
                                                   DISMARIS CASTRO
DISMARIS CASTRO
                                                   07 Cr. 452
            Defendant.
------------------------------------------------------------X
```

I, DISMARIS CASTRO, being duly sworn, dispose and say:

1. I am the defendant in the above-captioned action and I make this affidavit in further support of my motion to suppress and other relief.

2. I have reviewed the discovery provided by the government with my counsel.

3. I have particularly reviewed the post-arrest statements attributed to me in the DEA reports stamped 12-13 (attached hereto as *Exhibit D*).

4. I was interrogated while being transported in a vehicle to the US Marshal's Services after they arrested me in my home. At no time prior to questioning was I ever given oral and/or written *Miranda* warnings.

*Dismaris Castro*
Dismaris Castro

Sworn to before me this April 28, 2008

*Sandra K. Roberts*

Notary Public

SANDRA K. ROBERTS
MY COMMISSION # DD 524543
EXPIRES: March 1, 2010
Bonded Thru Notary Public Underwriters