**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File   Related Files | 3. File No. | 4. G-DEP Identifier YNH1Q |
|---|---|---|---|
| 5. By: TFA Angel Cruz  At: Tampa DO | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared 11/29/07 | |

9. Other Officers: SA's Tim Lutz and Ron Collado, GS Robert McKnight and Deputy Hurd (HCSO)

10. Report Re: Arrest of Dismaris Castro on November 28, 2007

### DETAILS

1. On October 22, 2007, SA Lutz was advised by GS McKnight that his groups had an arrest warrant for Dismaris CASTRO. GS McKnight advised that CRUZ was living in New York, but had relocated to the Tampa area early in 2007.

2. On November 28, 2007, TFA Cruz, SA Lutz and Deputy Hurd located CASTRO at and apartment located at 11315 Summer Ct., Apt#C, Tampa, FL. CASTRO was placed under arrest without incident. CASTRO was transported to the Orient Road Jail in Tampa pending transfer to the United States Marshal Service.

3. On November 29, 2007, TFA Cruz and SA Lutz picked up CASTRO at the Faulkenberg Jail in Tampa, Fl. and transported her to the United States Marshal Service. During the transport, CASTRO began to speak with TFA Cruz in Spanish. TFA Cruz told CASTRO to speak English. CASTRO stated that her brother who lives in the Dominican Republic would bring packages to CASTRO's residence in New York. Her brother advised her that someone would come by later to pick up the package. CASTRO stated that a short time later, a heavy set, tall, Hispanic male would come to CASTRO's residence and pick up the package. CASTRO only new this individual as "El Gordo". CASTRO stated that this individual only came to her residence three times. CASTRO stated that one time her brother told her to take the package to

| 11. Distribution: Division NYFD/SA Collado  District  Other SARI | 12. Signature (Agent)   TFA Angel Cruz | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)   Kevin Scully   Group SUpervisor | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used

12

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▓▓▓ | 2. G-DEP Identifier YNH1Q |
|---|---|---|
| | 3. File Title ▓▓▓ | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 11/29/07 | |

CASTRO's work and someone would come by to pick it up. CASTRO stated that a couple of days later, "El Gordo" came to CASTRO's work to pick up the package.

4. CASTRO stated that on one occasion, two police Officers came to her residence and stated there were some burglaries in the area and they asked to search the residence. After allowing the officers into her apartment, the landlord to the officers they had to leave the residence.

5. CASTRO stated that she never asked her brother about the packages or wanted to know what was inside the package. CASTRO stated that her brother would take care of her finanically, paying her rent and other bills.

6. CASTRO was then left with the United States Marshal Service for her initial appearance.

7. On November 29, 2007, CASTRO made her initial appearance before US Magistrate Scrivens in the Middle District of Florida. Magistrate Scrivens gave CASTRO a $25,000 property bond along with a $50,000 signature bond.

<u>INDEXING</u>

1. CASTRO, Dismaris-NADDIS-6509935

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.