```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    07 CR. 452 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
DISMARIS CASTRO                          :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the suppression hearing in the above-captioned matter has been scheduled for **July 10, 2008** at **10 a.m.** in Courtroom 11B.

Dated:   New York, New York
         June 3, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge