UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :     **WAIVER OF INDICTMENT**
                                    :
           - v. -                   :     S1 07 Cr. 452
                                    :
DISMARIS CASTRO,                    :
                                    :
           Defendant.               :
------------------------------------x

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 843(b), being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

        _____
        DISMARIS CASTRO
        Defendant

        _____
        Witness

        _____
        JORGE GUTTLEIN
        Counsel for Defendant

Date:  New York, New York
      July 9, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED