```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :    Superseding
                                      :    INFORMATION
            -v-                       :
                                      :    S1 07 Cr. 452 (DLC)
DISMARIS CASTRO,                      :
                                      :
            Defendant.                :
                                      :
- - - - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The United States Attorney charges:

1. On or about January 17, 2007, in the Southern District of New York, DISMARIS CASTRO, the defendant, unlawfully, intentionally and knowingly used a communication facility, to wit, a telephone, in committing and in causing and facilitating the commission of an act and acts constituting a felony under Title 21, United States Code, Sections 841(a)(1) and 846, to wit, distributing and possessing with intent to distribute heroin and conspiracy to possess with intent to distribute heroin, to wit, DISMARIS CASTRO, the defendant, used a telephone to facilitate the possession with intent to distribute and the distribution of heroin.

(Title 21, United States Code, Section 843(b) and (d)(1); Title 18, United States Code, Section 2.)

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**DISMARIS CASTRO,**

**Defendant.**

## INFORMATION

S1 07 Cr. 452

21 U.S.C. § 843(b)

MICHAEL J. GARCIA
United States Attorney.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ -X
                                      :
UNITED STATES OF AMERICA,             :    S1 07 CR. 452 (DLC)
                                      :
         -v-                          :    MEMO TO DOCKET CLERK
                                      :
DISMARIS CASTRO,                      :
                                      :
                                      :
                  Defendant.          :
                                      :
------------------------------------ -X
```

7/9/08  Waiver of Indictment Filed.

*GR*

Deft. present w/atty. Jorge Guttlein present.
AUSA Arlo Devlin-Brown present.
Court reporter Jennifer Thun present.
Deft. withdraws her not guilty plea and pleads guilty as charged in S1 07 Cr. 452. The Court accepts the guilty plea. PSR ordered. Sentence date set for October 10, 2008 at 2 p.m. Any defense submissions shall be due September 26; Govt's reply due October 3. Bail continued.

                                        COTE, U.S. District Judge